# United States District Court

Southern DISTRICT OF Texas

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff* v.<br><br><br>APOLONIO GARCÍA, JR.,<br><br>*Defendant* | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: B-99-022 |

TO: (Name and address of defendant)

APOLONIO GARCÍA, JR.
911 Jefferson Avenue
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

DATE 2-3-99

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

CAB 99-0

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 02-23-99 |
| NAME OF SERVER (PRINT) Ernest Barajas | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 911 Jefferson Ave Harlingen Texas

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Apolonio Garcia Sr.

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

MAR 22 1999

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02-25-99
         Date

Signature of Server: Deputy Ernest B___

Address of Server: 608 E Harrison Harlingen TX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.