ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 0 6 1999

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | C.A. No.: B-99-022 |
| | § | |
| APOLONIO GARCIA, JR. | § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The UNITED STATES OF AMERICA, Plaintiff, requests the Court to enter Default against Defendant, APOLONIO GARCIA JR., pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on February 2, 1999. Defendant was personally served with a copy of the Citation and Summons on February 25, 1999, which executed summons was filed with the Court on March 22, 1999.

2. As of April 23, 1999, no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M.H. Cersonsky, TBA #04048500
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney for United States of America

Of Counsel:
Alonso & Cersonsky, P.C.

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent certified mail on April 26, 1999, to:

Apolonio Garcia, Jr.
911 Jefferson Avenue
Harlingen, Texas 78550

_____
M.H. Cersonsky