UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | C.A. No.: B-99-022 |
| | § | |
| APOLONIO GARCIA, JR. | § | |

ORDER ON REQUEST FOR ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. The Court has considered the pleadings, official records on file, and the evidence in this case, and the Court finds that Default should be entered against Defendant. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, APOLONIO GARCIA, JR.

Signed on this _4th_ day of _November_, 1999.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

ALONSO & CERSONSKY, P.C.

By: _____
M.H. Cersonsky, TBA #04048500
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / FAX (713) 840-0038
Attorney for Plaintiff,
United States of America