5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

## DEC 07 1999

Michael N. Milby
Clerk of Court



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | C.A. No.: B-99-022 |
| | § | (Claim No 59536) |
| APOLONIO GARCIA, JR., | § | |
| | § | |
| Defendant | § | |

## MOTION FOR DEFAULT AND FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW United States of America, plaintiff, and moves for final judgment against the above-named defendant in the above-styled and numbered cause of action for the reason that Apolonio Garcia, Jr., defendant has not answered, although duly summoned in the manner and for the length of time prescribed by law, and would further show that service was made on the defendant and to plaintiff's knowledge defendant was not at the time of service in the military or naval service of the United States of America.

WHEREFORE, plaintiff prays for final judgment in the amount and in the form of the proposed judgment attached hereto.

Respectfully Submitted,

By: _M.H. Cersonsky_

M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel.  No.: (713) 840-1492
Fax No.: (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent certified mail, return receipt requested, November 29, 1999, to:

Mr. Apolonio Garcia, Jr.
911 Jefferson Avenue
Harlingen, TX 78550

M. H. Cersonsky