6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | C.A. No.: B-99-022 |
| § | (Claim No. 59536) |
| APOLONIO GARCIA, JR. § | |
| § | |
| Defendant § | |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Apolonio Garcia, Jr. has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Apolonio Garcia, Jr.:

| | |
|---|---|
| Original Principal Balance: | $5,499.54 |
| Total Interest Accrued (as of 5/21/97) | $3,454.79 |
| Attorney's Fees | $ 550.00 |
| Total Owed: | $9,504.33 |

Interest Rate:  8.00%
Daily Accrual:  $1.21

Post-judgment interest at _5.67_ % per annum.

Signed _December 10_, 1999, at Brownsville, Texas.

_____
United States District Judge